1   IRELL & MANELLA LLP
    Layn R. Phillips (103854)
2   lphillips@irell.com
    Andra Barmash Greene (123931)
3   agreene@irell.com
    Julie M. Davis (232488)
4   jdavis@irell.com
    840 Newport Center Drive, Suite 400
5   Newport Beach, California  92660-6324
    Telephone:(949) 760-0991
6   Facsimile: (949) 760-5200

7   Attorneys for Defendant
    Taco Bell Corp.
8

JS-6

9               UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  MARISELA ROSALES, individually      )   Case No. 8:09-cv-01290 CJC-AN
    and on behalf of others similarly   )
13  situated,                           )   [PROPOSED] ORDER RE
                                        )   STIPULATION TO REMAND
14              Plaintiff,              )
                                        )
15      vs.                             )   PROPOSED CLASS ACTION
                                        )
16  TACO BELL CORP., and DOES 1         )
    through 20,                         )
17                                      )
                Defendants.             )   Hon. Cormac J. Carney
18                                      )   Courtroom 9B
                                        )
19  ─────────────────────────────────── )

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2205283

ORDER RE STIPULATION TO REMAND
Case No. 8:09-cv-01290 CJC-AN

1

## <u>ORDER</u>

2       This Court issued an Order to Show Cause on December 22, 2009 as to why

3 the subject action should not be remanded to the state court from which it was

4 removed based on lack of subject matter jurisdiction with the Court.  In their

5 Stipulation to Remand, all parties have agreed to remand this matter to the state

6 court from which it was removed.  The parties' Stipulation to Remand is approved.

7      1.     The above-captioned matter shall be remanded to the Superior Court of

8 California, County of Orange.

9      2.     Each party shall bear its own costs and fees associated with the

10 removal.

11 IT IS SO ORDERED.

12

13 Dated:  March 18, 2010 __

_____

14                     Hon. Cormac J. Carney
                    Judge, United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2205283

ORDER RE STIPULATION TO REMAND
Case No. 8:09-cv-01290 CJC-AN

- 1 -